No. 02–11364. LAGAITE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–11366. WILSON, AKA KELSEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11367. TOLIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11368. TIMMONS v. SHORT. C. A. 4th Cir. Certiorari denied.

No. 02–11369. WILSON v. CENTRAL INTELLIGENCE AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 02–11370. WILSON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS; and WILSON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–11371. UMANZOR v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 02–11372. VENABLE v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–11373. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–11374. COPE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–11375. MEDINA-OLVERA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–11376. NEIGHBORS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–11377. PARADISE v. MARTIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–11378. RODRIGUEZ MORALES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.